IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JESSICA NICOLE WING, Individually, and as Natural Mother and Next Friend of K.W., a Minor, and RUSTY WING, as the Husband of JESSICA NICOLE WING,<br><br>Plaintiffs,<br><br>vs.<br><br>CRAIG RICHARD CAMERON,<br><br>Defendant. | No. C13-2042<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINES |

This matter comes before the Court on the Unresisted Motion to Extend Deadlines (docket number 15) filed by the Plaintiffs on November 25, 2013. The parties ask that the certain deadlines be extended. According to the motion, "[d]ue to the conflicting schedules of counsel, discovery is not proceeding as contemplated." The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED as follows:

1. The Motion to Extend Deadlines (docket number 15) is **GRANTED**.

2. The deadline for Plaintiffs to disclose their expert witnesses is **EXTENDED** to **January 16, 2014**.

3. The deadline for Defendant to disclose his expert witnesses is **EXTENDED** to **March 20, 2014**.

4. The deadline for Plaintiffs to disclose their rebuttal experts, if any, is **EXTENDED** to **April 17, 2014**.

5. All discovery must be completed not later than **May 16, 2014**.

6. All dispositive motions shall be filed not later than **June 16, 2014**.

*The parties are reminded that November 3, 2014 remains a firm trial date. No further extensions will be granted.*

DATED this 25th day of November, 2013.

                                                                          _____
                                                                          JON STUART SCOLES
                                                                          CHIEF MAGISTRATE JUDGE
                                                                          NORTHERN DISTRICT OF IOWA